# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**FREDDIE KEVIN CAREY,**

      **Plaintiff,**

**v.**                                            **Case No:   6:13-cv-1809-Orl-22TBS**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## ORDER

This cause is before the Court on the Consent Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. 405(g) (Doc. No. 28) filed on December 4, 2014.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed December 5, 2014 (Doc. No. 29), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Consent Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. 405(g) is hereby GRANTED.

3. This action is hereby REVERSED and REMANDED to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

4. The parties are ADVISED that it is expected that on remand, the Administrative Law Judge will

>    [A]ddress all evidence of record, take any further action needed to complete the administrative record, and issue a decision addressing both of the claimant's concurrent claims. In doing so, the Administrative Law Judge will reassess the claimant's residual functional capacity, and, at step five, if warranted by the expanded record, obtain evidence from a vocational expert to clarify the effect of the reassessed limitations on the claimant's occupational base.

(Doc. 28 at 2).

   5.   The Clerk is DIRECTED to enter judgment accordingly, terminate any pending motions, and close the file.

   6.   Plaintiff is ADVISED that the deadline to file a motion for attorney's fees pursuant to 42 U.S.C. § 406(b) shall be thirty (30) days after Plaintiff receives notice from the Social Security Administration of the amount of past due benefits awarded. Upon receipt of the notice, counsel for Plaintiff shall promptly email Mr. Rudy and the OGC attorney who prepared the Government's brief to advise that the notice has been received.

   **DONE** and **ORDERED** in Orlando, Florida on January 5, 2015.

*[signature]*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties