UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FREDDIE KEVIN CAREY,

    Plaintiff,

v.                                                  Case No:   6:13-cv-1809-Orl-22TBS

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## REPORT AND RECOMMENDATION

Pending before the Court is Plaintiff's Uncontested Motion for Attorney's Fees (Doc. 32).   On January 5, 2015, the Court entered an Order reversing the Commissioner's decision and remanding the case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) (Doc. 30).   The following day, the Clerk entered judgment (Doc. 31).   Plaintiff filed this application for attorney's fees on March 10.

Plaintiff requests an award of attorney fees in the amount of $4,897.22 pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d).   Under the EAJA, a party is eligible for an attorney fee award where: (1) the party is a prevailing party in a non-tort suit involving the United States; (2) the Government's position was not substantially justified; (3) the party filed a timely application for attorney's fees; (4) the party had a net worth of less than $2 million at the time the complaint was filed; and (5) there are no special circumstances which would make the award of fees unjust.   28 U.S.C. § 2412(d). Plaintiff asserts that he is the prevailing party, that the Commissioner's position in the underlying action was not substantially justified, and that his net worth at the time this

action as filing was less than $2 million (Doc. 32, ¶¶ 3, 6, 7).   The schedule of hours attached to the motion confirms the hours claimed by Plaintiff's attorney (Doc. 32, pp. 12-13).

Plaintiff has attached a copy of his assignment of EAJA fees to his counsel (Doc. 32-1).   In light of the assignment, Plaintiff requests that payment be made payable to Plaintiff and delivered to his lawyer unless Plaintiff owes a federal debt. If the U.S. Department of the Treasury determines that Plaintiff does not owe a federal debt, the Government will accept Plaintiff's assignment of EAJA fees and pay fees directly to Plaintiff's counsel.

Accordingly, I **RESPECFULLY RECOMMEND** that Plaintiff's motion be **GRANTED** and that Plaintiff be awarded attorney fees in the amount of $4,897.72 to be paid to his lawyer if Plaintiff does not owe a debt to the Government.

Specific written objections to this report and recommendation may be filed in accordance with 28 U.S.C. § 636, and M.D. Fla. R. 6.02, within fourteen (14) days after service of this report and recommendation.   Failure to file timely objections shall bar the party from a de novo determination by a district judge and from attacking factual findings on appeal.

**RESPECTFULLY RECOMMENDED** at Orlando, Florida on March 11, 2015.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Presiding United States District Judge
    Counsel of Record