# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**FREDDIE KEVIN CAREY,**

   **Plaintiff,**

**v.**                 **Case No:   6:13-cv-1809-Orl-22TBS**

**COMMISSIONER OF SOCIAL
SECURITY,**

   **Defendant.**

_____

## ORDER

This cause is before the Court on Plaintiff's Uncontested Motion for Attorney's Fees (Doc. No. 32) filed on March 10, 2015.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed March 11, 2015 (Doc. No. 33), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Plaintiff's Uncontested Motion for Attorney's Fees (Doc. No. 32) is hereby GRANTED.

3. Plaintiff is awarded attorney fees in the amount of $4,897.72 to be paid to his lawyer if Plaintiff does not owe a debt to the Government.

**DONE** and **ORDERED** in Orlando, Florida on April 1, 2015.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record